UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **Derek Mortland, Individually**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:21-cv-2892-DML-JPH |
| v. | ) | |
| | ) | |
| **MKS Lodgings LLC,** an Indiana limited | ) | |
| liability company, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING JOINT MOTION TO ADMINISTRATIVELY CLOSE CASE

This matter is before the court on the parties' Joint Motion to Administratively Close

Case ("Joint Motion").  The Court has carefully considered the Joint Motion and finds that it is

made for good cause.  Accordingly, the Court GRANTS the Joint Motion (Dkt. 28).  The

Clerk is directed to procedurally close this case. All deadlines and hearing settings are vacated,

and all pending motions in this matter are terminated without prejudice.

So ORDERED.

Date: 9/23/2022

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

*Distribution:*
*All counsel of record via CM/ECF*